No. 86–1676. MORRISON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 86–1677. HUISKAMP v. NEW YORK CONNECTING RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1679. AVERBACH v. RIVAL MANUFACTURING CO. C. A. 3d Cir. Certiorari denied.

No. 86–1680. NICOLET INSTRUMENT CORP. v. BIO-RAD LABORATORIES, INC. C. A. Fed. Cir. Certiorari denied.

No. 86–1682. FERRINO v. CUNARD LINE LTD. C. A. 3d Cir. Certiorari denied.

No. 86–1687. HAMPTON v. BREWER, APPEAL OFFICER FOR DEPARTMENT OF ADMINISTRATION, STATE OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 86–1690. MEADOWS v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1698. INTERNATIONAL DISTRIBUTION CENTERS, INC. v. WALSH TRUCKING CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1726. GLOBE LIFE INSURANCE CO. ET AL. v. ED MINIAT, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1757. CLOUTIER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–1775. DARNELL v. CITY OF JASPER, ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 86–1792. WALSH ET AL. v. FORD MOTOR CO. C. A. D. C. Cir. Certiorari denied.